FILED
2017 Nov-03  PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# WESTERN DIVISION

| | | |
|---|---|---|
| | & | |
| ALBERT XAVIER JONES, | & | |
| Plaintiff, | & | |
| | & | |
| vs. | & | CASE NO.: _____ |
| | & | |
| THE LEVEE, INC, | & | |
| Defendant, | & | |
| | & | |
| | & | |

## **COMPLAINT**

I.    **JURISDICTION**

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331(4), 2201 and 2202, the Act of Congress known as the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §2000e et seq., and 42 U.S.C. 1981. The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights secured by 42 U.S.C. §2000e et seq., and 42 U.S.C. 1981, and providing for injunctive and other relief against race discrimination and harassment in employment and the employment workplace.

The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights secured by 28 U.S.C. §§ 1331(4), 2201 and 2202.

[1]

The Plaintiff filed his race discrimination and harassment lawsuit within one hundred eighty (180) days of the discriminatory and retaliatory treatment ninety (90) days from receipt of his right-to-sue letter from the EEOC.

## II.   **PARTIES**

2.  Plaintiff, Albert Xavier Jones, is an African American, male citizen of the United States and resident of the State of Alabama, whose resident location at the time of the discrimination and filing of the EEOC charge was 800 31st Street, Apt. 431, Tuscaloosa, AL 35401. The Plaintiff was employed by the Defendant at its, Tuscaloosa/Northport, Tuscaloosa County, Alabama location as a laborer/helper and was as such during the length of the racial discrimination, retaliation, wrongful termination, hostile work and environment. Defendant, The Levee Bar N Grill of Tuscaloosa/Northport, Alabama, hereinafter "The Levee",  is an entity doing business in the State of Alabama, more specifically, Tuscaloosa County, Alabama and is an entity subject to suit under 42 U.S.C. §2000e et seq., 42 U.S.C. 1981, 28 U.S.C. §§ 1331(4), 2201 and 2202.

3.  The Defendant employs at least fifteen (15) persons. The Defendant is an entity, which performs various duties of restaurant sales and services through employees throughout Tuscaloosa County, Alabama in the State of Alabama and more specifically, Tuscaloosa/Northport, Alabama.

## III.   **CAUSE OF ACTION**

4.  Plaintiff was employed by Defendant, "The Levee" during September 2016 - November 2016 as a Food Server/bus-boy. After being discriminated against by certain acts, including but not limited to, being verbally

harassed to being given extra and different work than the White employees, ultimately to being spit in the face by the supervisor as he became angry or frustrated during a conversation with Plaintiff. Plaintiff's harassment and unfair work assignments and work distribution up and until his date of termination, because of his race and by other employees of the Defendant. Plaintiff was terminated from a job. No other Caucasian American employees of the Defendant were asked to do the extra work or different work as was Plaintiff.

     5.  The hostile work environment because of Plaintiff's race had been created by and with full knowledge of Defendant, "The Levee", through its management and employees, and caused Plaintiff to be constructively discharged as Plaintiff felt that it was impossible to work in the environment or was caused to work with such a burden not experienced by any of Plaintiff's Caucasian American co-workers, so similarly situated. Additionally, the Plaintiff now and continues to suffer a complete disruption of his household with the requirements placed on his employment by and with full knowledge of Defendant "The Levee", through its management and employees.

The Plaintiff seeks to redress the wrongs alleged herein and this suit for back-pay plus interest, front pay plus interest, an injunctive and declaratory judgment is his only means of adequate relief and Plaintiff's only and exclusive remedy through law. The Plaintiff is now suffering and will continue to suffer irreparable injury from Defendants' unlawful policies and practices as set forth herein unless enjoined by this Court.

IV.   **PRAYER FOR RELIEF**

     WHEREFORE , the Plaintiff respectfully prays this Court assume jurisdiction of this action and after trial:

1. Issue a declaratory judgment that the employment policies, practices, procedures, conditions and customs of the Defendants are violative of the rights of the Plaintiff as secured by 42 U.S.C. §2000e et seq., and 42 U.S.C. 1981.

2. Grant Plaintiff a permanent injunction enjoining Defendant, "The Levee", its agents, successors, employees, attorneys and those acting in concert with the Defendant, "The Levee", and that the Defendant, "The Levee", refrain from continuing to violate 42 U.S.C. §2000e et seq., and 42 U.S.C. 1981.

3. Enter an order requiring Defendant, "The Levee", to make the Plaintiff whole by awarding him the position (s) he would have occupied in the absence of the race discrimination, constructive discharge, wrongful termination, and harassment, back-pay (plus interest), front-pay, punitive and compensatory damages, and/or nominal damages, declaratory and injunctive relief, and benefits.

4. The Plaintiff further prays for such other relief and benefits as the cause of justice may require, including but not limited to, an award of costs, attorney fees and expenses.

## JURY DEMAND

Plaintiff demands trial by struck jury.

Dated this the 1st day of **November, 2017**.

/S/ Al Jones (ASB2403R80J)

Al Jones
Attorney at Law

**OF COUNSEL:**

[4]

The Law Offices of Attorney Al Jones

& Associates, P.C.

2626 7th Street

Tuscaloosa, AL 35401

Phone: (205) 345-0806

Email: Albiejonz@gmail.com